# United States Court of Appeals
## For the First Circuit

No. 08-1248

IMS HEALTH INCORPORATED, VERISPAN, LLC, and SOURCE HEALTHCARE
ANALYTICS, INC., a subsidiary of WOLTERS KLUWER HEALTH, INC.,

Plaintiffs, Appellees,

v.

JANET T. MILLS, as Attorney General for the State of Maine,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on August 4, 2010, is amended
as follows:

On page 19, line 6, "opted-in" is changed to "opted in".

On page 21, line 14, "Prescribers' also" is changed to
"Prescribers also".

On page 25, line 13, insert "Me. Rev. Stat. Ann. tit. 22,"
before "§ 1711-E(1-A)(B)".

On page 35, line 8, change "impact in" to "impact on".